THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACOB ANDERSON

    Plaintiff

v.

ABINGTON HEIGHTS SCHOOL
DISTRICT, et al.

    Defendants

3:12-CV-2486
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 11th DAY OF DECEMBER, 2017, upon consideration of Plaintiff's Motion for Partial Summary Judgment (Doc. 93) and Defendants' Motion for Summary Judgment (Doc. 96), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Partial Summary Judgment (Doc. 93) is **DENIED**.

2. Defendants' Motion for Summary Judgment (Doc. 96) is **GRANTED** in its entirety.

3. Judgment is hereby entered **IN FAVOR OF** Defendants Abington Heights School District, Michael Mahon, Ph.D., Michael Elia, Eduardo Antonetti, and Brian Kelly and **AGAINST** Plaintiff Jacob Anderson.

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge